David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
One East Camelback Road, Suite 300
Phoenix, AZ 85012-1677
Telephone:  (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for the Plaintiff
Erin Meehan

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Erin Meehan<br><br>           Plaintiff,<br><br>v.<br><br>BYL Collection Services, LLC<br><br>           Defendant. | **Case No.: 2:10-cv-00989-GMS**<br><br>**PLAINTIFF'S UNILATERAL NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Erin Meehan (hereinafter "Plaintiff"), hereby moves to dismiss the entire action with prejudice, and in support of this Motion hereby set forth:

   1. The Parties have reached a settlement of this action.

   2. The Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter.

   3. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and Defendant.

//

4. Plaintiff represents to the Court that all actions required under the settlement agreement have now been performed. The Parties thus agree that this Court can proceed to dismiss this entire action, with prejudice.

WHEREFORE, Plaintiff thus moves and respectfully request that this Court so order forthwith.

Respectfully submitted,

Date: July 6, 2010    **Hyde & Swigart**

By: /s/ David J. McGlothlin
David J. McGlothlin
Attorneys for the Plaintiff